IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DALE BRAMLETT, #303 512, Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 1:19-CV-187-WHA ) |
| SHERIFF DONALD VALENZA, *et al.*, Defendants. | ) ) ) |

# **ORDER**

On July 3, 2019, the Magistrate Judge filed a Recommendation (Doc. 33) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Court adopts the Recommendation and the Motion for Preliminary Injunction (Doc. 7) is DENIED.

This case is referred to the Magistrate Judge for further proceedings.

Done, this 26th day of July 2019.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE