IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM DALE BRAMLETT, #303 512, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:19-CV-187-WHA |
| SHERIFF DONALD VALENZA, *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge entered October 10, 2019. Doc. 43. There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This action is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

A Final Judgment will be entered separately.

Done, this 4th day of November 2019.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE